UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL BRAZELL, | 1:04-cv-05460-OWW-SMS-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | **ORDER DISMISSING ACTION** |
| K. MENDOZA, et al., | |
|     Defendants. / | |

    Plaintiff, Earl Brazell ("plaintiff"), proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 15, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
<u>de novo</u> review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed April 15, 2005,
is ADOPTED IN FULL; and,

    2.   This action is DISMISSED, without prejudice, for
plaintiff's failure to obey the court's order of February 22,
2005, and for failure to state a claim upon which relief may be
granted.

IT IS SO ORDERED.

**Dated:   May 18, 2005**                /s/ Oliver W. Wanger
emm0d6                          UNITED STATES DISTRICT JUDGE

2